NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1263

### MICRON TECHNOLOGY, INC.,

Plaintiff/Counterclaim Defendant-
Appellee,

and

### MICRON ELECTRONICS, INC.
### and MICRON SEMICONDUCTOR PRODUCTS, INC.,

Counterclaim Defendants-
Appellees,

v.

### RAMBUS INC.,

Defendant/Counterclaimant-
Appellant.

Appeal from the United States District Court for the District of Delaware
in case no. 00-CV-792, Judge Sue L. Robinson.

- - - - - - - - - - - - - - - - - - - - - -

## 2009-1299, -1347

### HYNIX SEMICONDUCTOR INC.,
### HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD.,
### and HYNIX SEMICONDUCTOR DEUTSCHLAND GMBH,

Plaintiffs-Appellants,

v.

### RAMBUS INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Northern District of California in
case no. 00-CV-20905, Senior Judge Ronald M. Whyte.

ON MOTION

Before DYK, Circuit Judge.

ORDER

The parties in 2009-1299, -1347 move to expedite oral argument to the May 2010 argument calendar.

On August 17, 2009, the court ordered that 2009-1299, -1347 would be heard as a companion case to 2009-1263 and that the cases would be argued consecutively before the same merits panel. Briefing is completed in 2009-1263. In the motion to expedite, the parties in 2009-1299, -1347 assert that the joint appendix will be filed no later than February 26, 2010. Based on that assertion, this case would in the usual course be assigned to the April 2010 argument calendar. Thus, the motion to expedite the case to the May 2010 argument calendar is unnecessary.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as unnecessary. If the joint appendix is filed no later than February 26, 2010, these companion cases will be placed on the April 2010 argument calendar.

FOR THE COURT

JAN 27 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Matthew D. Powers, Esq.
     Robert E. Freitas, Esq.
     Carter G. Phillips, Esq.
     Walter Dellinger, Esq.
     Michael J. Schaengold, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 27 2010

JAN HORBALY
CLERK

2009-1263                           - 2 -